IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN W. CARROLL, | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:04CV344 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLIED CONSTRUCTION SERVICES, INC., | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by May 19, 2005, file their Report of Parties' Planning Conference.

DATED May 2, 2005.

/s/ *David L. Piester*

United States Magistrate Judge