```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

JOHN W. CARROLL,                  )
                                  )
              Plaintiff,          )        8:04CV344
                                  )
      v.                          )
                                  )
ALLIED CONSTRUCTION SERVICES,     )        ORDER
INC.,                             )
                                  )
              Defendant.          )
                                  )
```

IT IS ORDERED:

Defendant's motion for continuance, filing 23, is granted and trial is continued from September 26, 2005 to 9:00 a.m. November 28, 2005 before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.  Jury selection will be held at commencement of trial.

DATED this 31st day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge