IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN W. CARROLL, | ) | CASE NO.: 8:04CV0344 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ALLIED CONSTRUCTION SERVICES, INC., | ) | |
| | ) | |
| Defendants | ) | |

This matter comes before the Court upon the request of Defendant for additional time in which to submit a Motion for Summary Judgment. In consideration of the Motion, and noting that good cause has been shown,

IT IS HEREBY ORDERED that paragraph 8 of the progression order of May 25, 2005 be and hereby is amended so as to allow the parties until August 15, 2005 to file any motions for summary judgment.

DATED this 1st day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
U. S. Magistrate Judge

*387503*