IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN W. CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV344 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLIED CONSTRUCTION SERVICES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A review of the pleadings indicates that there has not been a request for jury trial.

IT THEREFORE HEREBY IS ORDERED,

Paragraph 16 of the Order Scheduling Progression of Case, filing 21, is amended to provide that the trial is set as a **non-jury** trial.

DATED this 12th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge