```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JOHN W. CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV344 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLIED CONSTRUCTION SERVICES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion to modify scheduling order, filing 32, is granted in part and,

1. Non-jury trial is continued from November 28, 2005 to January 9, 2006 at 9:00 a.m. for a duration of three days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Tyler v. Trauner, 8:05cv203 and Pendergast v. Affiliated, 8:05cv271.

2. The pretrial conference will be held December 20, 2005 at 11:00 a.m. in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

3. The deposition deadline is continued to December 6, 2005, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

Dated July 19, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge