IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN W. CARROLL,                    )
                                    )
                Plaintiff,          )              8:04CV344
                                    )
        v.                          )
                                    )
ALLIED CONSTRUCTION SERVICES,       )              ORDER
INC.,                               )
                                    )
                Defendant.          )
_____        )

        IT IS ORDERED:

        1.   The defendant's unopposed motion to continue the
             deadline for submitting dispositive motions, filing 34,
             is granted.

        2.   The dispositive motion deadline, previously set for
             November 6, 2005, is continued to November 28, 2005.

        3.   All other provisions in the court's filing 33
             scheduling order remain in effect.


        DATED this 27th day of October, 2005.

                                BY THE COURT:

                                s/ David L. Piester
                                David L. Piester
                                United States Magistrate Judge