```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

JOHN W. CARROLL,              )
                              )
             Plaintiff,       )         8:04CV344
                              )
        v.                    )
                              )
ALLIED CONSTRUCTION SERVICES, )         ORDER
INC.,                         )
                              )
             Defendant.       )
                              )

    Plaintiff has filed a motion to continue the pretrial conference from today for a period of two weeks. Defendant's counsel has advised that under the circumstances, he does not oppose the motion.

    IT THEREFORE HEREBY IS ORDERED:

    1. Plaintiff's motion to continue, filing 50, is granted and the pretrial conference is continued to January 4, 2006 at 10:00 a.m. before the undersigned magistrate judge in chambers, 100 Centennial Mall North, **Lincoln**, Nebraska.

    2. Non-jury trial is continued from January 9 to January 23, 2006, at 9:00 a.m. for a duration of three days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, **Lincoln**, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Taylor v. Edelman, 4:03cv3124. Jury selection will be held at commencement of trial.

    DATED this 20th day of December, 2005.

                                   BY THE COURT:

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge