IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN CARROLL, | ) | 8:04CV344 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALLIED CONSTRUCTION | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

      IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 54) is granted, as follows:

      Plaintiff shall have until January 4, 2006 to respond to Defendant's motion for summary judgment (filing 40).

December 22, 2005.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge