```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA

JOHN W. CARROLL,                )
                                )
           Plaintiff,           )        8:04CV344
                                )
      v.                        )
                                )
ALLIED CONSTRUCTION SERVICES,   )        ORDER
INC.,                           )
                                )
           Defendant.           )
                                )
```

The court has received an e-mail message from counsel for the plaintiff, requesting a 30 day stay of this proceeding. Counsel for the defendant does not object, given the circumstances.

IT THEREFORE HEREBY IS ORDERED,

1. This matter is stayed for a period of thirty days.

2. The pretrial conference is continued to February 6, 2006 at 10:30 a.m. before the undersigned magistrate judge in chambers, 100 Centennial Mall North, **Lincoln**, Nebraska.

3. Non-jury trial is continued from January 23, 2006, to February 27, 2006 at 9:00 a.m. for a duration of three days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, **Lincoln**, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Franzen v. Great Lakes, 4:05cv3134.

DATED this 3rd day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge